Case 4:17-cv-02873   Document 24   Filed on 11/06/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Assad Ali Mirza; and** ) <br> **All Others Similarly Situated** ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **First Hempstead Business, Inc.;** ) <br> **Shiraz K. Davwa; and Asif K. Davwa** ) <br> Defendants. ) <br> _____ ) | Civil Action <br> File No. 4:17-cv-02873 <br><br> Jury Demanded |

### DISMISSAL ORDER

Pursuant to the parties' Joint Stipulation of Dismissal (Doc. #23), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

Signed at Houston, Texas this 6th day of November_____, 2018.

_____
Vanessa D. Gilmore
United States District Judge